UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:12-cr-109-LDG-PAL |
| SABIR PHILIMON, | |
| Defendant. | **ORDER** |

On January 31, 2013, the Court granted Saraliene S. Durrett, Esq.'s "Motion to Withdraw as Counsel of Record" (#75) and ordered new counsel appointed (#76). Therefore;

IT IS HEREBY ORDERED that Michael J. Miceli, Esq. is appointed as counsel for Sabir Philimon in place of Saraliene S. Durrett, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Ms. Durrett shall forward the file to Mr. Miceli forthwith.

DATED this 6 day of February, 2013.

Nunc Pro Tunc Date: February 4, 2013.

_____
LLOYD D. GEORGE
United States District Judge