RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Sabir Philimon

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00109-APG-PAL-2 |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| SABIR PHILIMON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Sabir Philimon, that the Revocation Hearing currently scheduled on October 12, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than One Hundred and Twenty (120) days.

This Stipulation is entered into for the following reasons:

1.      Defense needs additional time to prepare and meet with Mr. Philimon.

2.      The defendant is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 11th day of October, 2022.

RENE L. VALLADARES                    JASON M. FRIERSON
Federal Public Defender               United States Attorney


By */s/ Jawara Griffin*                By */s/ Robert Knief*
JAWARA GRIFFIN                         ROBERT KNIEF
Assistant Federal Public Defender     Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

SABIR PHILIMON,

               Defendant.

Case No. 2:12-cr-00109-APG-PAL-2

**<u>ORDER</u>**

      IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, October 12, 2022 at 10:00 a.m., be vacated and continued to <u>February 15, 2023</u> at the hour of <u>9:00 a</u>.m. in courtroom 6C; or to a time and date convenient to the court.

      DATED this <u>11th</u> day of October, 2022.

                              _____

                              UNITED STATES DISTRICT JUDGE

3