RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Sabir Philimon

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SABIR PHILIMON,<br><br>    Defendant. | Case No. 2:12-cr-00109-APG-PAL-2<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Sabir Philimon, that the Revocation Hearing currently scheduled on February 15, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than Ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Defense needs additional time to prepare and meet with Mr. Philimon.

2. The defendant is in custody and agrees with the need for the continuance.

3.     The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 13th day of February, 2023.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By /s/ Jawara Griffin<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | By /s/ Robert Knief<br>ROBERT KNIEF<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00109-APG-PAL-2 |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| SABIR PHILIMON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, February 15, 2023 at 9:00 a.m., be vacated and continued to May 17, 2023 at the hour of 10:30 a.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 13th day of February, 2023.

                                          _____
                                          UNITED STATES DISTRICT JUDGE

3