RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Rebecca_Levy@fd.org

Attorney for Sabir Philimon

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00109-APG-PAL-2 |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Seventh Request) |
| SABIR PHILIMON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Sabir Philimon, that the Revocation Hearing currently scheduled on July 9, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties are working on a resolution for the Court. Defense Counsel needs additional time to prepare for the Revocation Hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the seventh request for a continuance of the revocation hearing.

DATED this 28th day of June 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Rebecca A. Levy*<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | By /s/ *Lauren Ibanez*<br>LAUREN IBANEZ<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00109-APG-PAL-2 |
| Plaintiff, | **ORDER** |
| v. | |
| SABIR PHILIMON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, July 9, 2024 at 10:30 a.m., be vacated and continued to August 8, 2024 at the hour of 9:00 a.m. in Courtroom 6C.

DATED this 8th day of July 2024.

_____
UNITED STATES DISTRICT JUDGE

3