RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Rebecca_Levy@fd.org

Attorney for Sabir Philimon

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>         v.<br><br>SABIR PHILIMON,<br><br>              Defendant. | Case No. 2:12-cr-00109-APG-PAL-2<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Ninth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Sabir Philimon, that the Revocation Hearing currently scheduled on October 15, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The parties are working on a resolution for the Court. Defense Counsel needs additional time to prepare for the Revocation Hearing. In addition, Mr. Philimon has a pending sentencing hearing in case 2:22-cr-00215-GMN-EJY.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the ninth request for a continuance of the revocation hearing.

DATED this 8th day of October 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Rebecca A. Levy*<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | By */s/ Lauren Ibanez*<br>LAUREN IBANEZ<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00109-APG-PAL-2 |
| Plaintiff, | **ORDER** |
| v. | |
| SABIR PHILIMON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 15, 2024 at 11:00 a.m., be vacated and continued to January 22, 2025 at the hour of 9:00 a.m. in Courtroom 6C.

DATED this 9th day of October 2024.

_____
UNITED STATES DISTRICT JUDGE